UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL TERRELL HARDY, ) No. CV 11-3304-RGK (AGR)
        Petitioner, )
    v. ) **JUDGMENT**
MIKE MARTEL, Warden, )
        Respondent. )

    Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 5, 2011

                              R. GARY KLAUSNER
                           UNITED STATES DISTRICT JUDGE